**Order filed March 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00110-CV
_____

**DAVID  H GHAZVINI, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION, PAUL JONES, ANDRES ALCANTAR, HOPE ANDRADE, RONALD CONGLETON AND SAN JACINTO COMMUNITY COLLEGE, Appellees**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-74177**

## O R D E R

The notice of appeal in this case was filed December 28, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 5, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM